# United States Court of Appeals for the Fifth Circuit

_____

No. 22-40062
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
January 11, 2023

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

GEORGE BROUSSARD,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:21-CR-35-1

_____

Before WIENER, ELROD, and ENGELHARDT, *Circuit Judges.*

PER CURIAM:[*]

The attorney appointed to represent George Broussard has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Broussard has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 22-40062

appellate review.   Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.